# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOANNE PEARSON,

    Plaintiff,

                                            Case No. 16-CV-10072-DT

v.

                                            HON. DENISE PAGE HOOD

ARMADA REAL ESTATE AND
INVESTMENT COMPANY,

    Defendant.

_____/

## ORDER DISMISSING ACTION

The Court issued to Plaintiff an Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute to be filed in writing by June 7, 2016. To date, Plaintiff has not filed a response to the Order to Show Cause.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice for lack of prosecution pursuant to E.D. Mich. LR 41.2.

                                            S/Denise Page Hood
                                            Denise Page Hood
                                            Chief Judge, United States District Court

Dated: June 10, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 10, 2016, by electronic and/or ordinary mail.

                                            S/Kelly Winslow for LaShawn R. Saulsberry
                                            Case Manager